IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wright Jr, John | Case Number:  05 B 44600 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/26/08 | Filed:  10/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 10, 2008
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,350.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,278.56 |
| Trustee Fee: | | 71.44 |
| Other Funds: | | 0.00 |
| Totals: | 1,350.00 | 1,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,400.00 | 1,278.56 |
| 2. | Mutual Hospital Services/Alverno | Unsecured | 61.65 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 135.37 | 0.00 |
| 4. | Robert J Adams & Associates | Unsecured | 166.50 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 78.83 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 568.66 | 0.00 |
| 7. | Tri Cap Investment Partners | Unsecured | 134.18 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 81.00 | 0.00 |
| 9. | Tri Cap Investment Partners | Unsecured | 184.32 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | City Of Hammond Fire Department | Unsecured | | No Claim Filed |
| 12. | Highland Financial | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | MCI Residential | Unsecured | | No Claim Filed |
| 15. | St James Hospital | Unsecured | | No Claim Filed |
| 16. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| 17. | Ustelcom | Unsecured | | No Claim Filed |
| | | | $ 3,810.51 | $ 1,278.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 16.33 |
| 5% | 5.52 |
| 4.8% | 10.59 |
| 5.4% | 39.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wright Jr, John | Case Number: 05 B 44600 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/26/08 | Filed: 10/6/05 |

_____
$ 71.44

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

